UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 02-2258

———————————

BENJAMIN A. JOHNSON,

Plaintiff - Appellant,

versus

PEP BOYS - MANNY, MOE & JACK; UNUM LIFE
INSURANCE COMPANY OF AMERICA,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., District
Judge.  (CA-02-381-2)

———————————

Submitted:  May 23, 2003          Decided:  July 23, 2003

———————————

Before WILKINSON, LUTTIG, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Benjamin A. Johnson, Appellant Pro Se.  Daryl Eugene Webb, Jr.,
Kimberly W. Daniel, TROUTMAN SANDERS, L.L.P., Richmond, Virginia;
Edwin Ford Stephens, CHRISTIAN & BARTON, Richmond, Virginia, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Benjamin A. Johnson appeals the district court's order dismissing his civil action on res judicata and statute of limitations grounds. We have independently reviewed the record and find no error in the district court's dismissal. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Johnson v. Pep Boys</u>, No. CA-02-381-2 (E.D. Va. Oct. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>